B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

In re  Michael Lane Tamlin & Cheryl Lea Tamlin , Case No. _____
Debtor                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Public Service CU | **Describe Property Securing Debt:** 2003 Ford Lariat Pickup 4X4, VIN 1FTRW08L13KD12809 |

Property will be *(check one)*:
☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
☑ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** Public Service CU | **Describe Property Securing Debt:** 2005 Dodge Durango AWD Limited, VIN 1D8HB58D15F516133 |

Property will be *(check one)*:
☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
☑ Claimed as exempt        ☐ Not claimed as exempt

B8 (Official Form 8) (12/08)   Page 2

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1  NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES    ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES    ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES    ☐ NO |

___1___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: November 30th, 2011          /s/ Michael Lane Tamlin
                                    Signature of Debtor

                                    /s/ Cheryl Lea Tamlin
                                    Signature of Joint Debtor

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

**Property No: 3**

**Creditor's Name:**
Citi Mortgage, Inc.

**Describe Property Securing Debt:**
Single family residence

Property will be  *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to  *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No: 4**

**Creditor's Name:**
Citi Mortgage, Inc.

**Describe Property Securing Debt:**
Single family residence

Property will be  *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to  *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt